# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS WATERBURY, | CASE NO. CV-F-02-6162 LJO |
| Plaintiff, | **ORDER TO PLAINTIFF TO SHOW CAUSE** |
| vs. | |
| ANN VENEMAN, Secretary of the U.S. Department of Agriculture, | |
| Defendant. / | |

Pursuant to this Court's September 29, 2006 order setting a status conference, this matter came on for a status conference on October 16, 2006 regarding dismissal of this action following settlement. Plaintiff and counsel, however, failed to appear at the conference and have failed to dismiss this action.

Accordingly, this Court SETS a hearing for October 30, 2006 at 9:00 am. in Department 8, and ORDERS plaintiff to show cause, in writing, no later than October 23, 2006 why monetary sanctions should not be imposed and this action should not be dismissed for failure to comply with this Court's orders. Plaintiff's counsel may appear at the hearing by telephone by calling 559-499-5680. No appearance by defendant is necessary. If the dismissal is filed prior to October 23, 2006, this Order to Show Cause will be vacated.

**Plaintiff is admonished that failure to timely comply with this order will result in monetary sanctions and dismissal of this action.**

IT IS SO ORDERED.

**Dated:   October 16, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES MAGISTRATE JUDGE

1