1
2
3
4
5

**IN THE UNITED STATES DISTRICT COURT**

6

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

7
8

THADDEUS WATERBURY,                          CASE NO. CV-F-02-6162 LJO

9

               Plaintiff,        **ORDER VACATING TO SHOW CAUSE**

    vs.                                          **AND SANCTIONS** (Doc. 56 and 57)

10
11

ANN VENEMAN, Secretary of
the U.S. Department of Agriculture,

12

               Defendant.

13

_____/

14

      This Court issued an OSC and dismissed this case.  The Court also issued monetary sanctions

15

against plaintiff's counsel for failure to comply with this Court's Order.

16

      Based on the declaration filed by counsel on December 13, 2006 and on good cause shown, the

17

Court VACATES the order to show cause and the monetary sanctions against counsel David Rowell.

18

IT IS SO ORDERED.

19

**Dated:   December 14, 2006**          _____ /s/ Lawrence J. O'Neill _____
b9ed48                              UNITED STATES MAGISTRATE JUDGE

20
21
22
23
24
25
26
27
28

1